UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES OLSON, | No. 2:11-cv-3088 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., | |
| Respondent. | |

Petitioner has requested the appointment of counsel.[1] There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of

////

---

[1] This order addresses petitioner's motion to the degree it is directed to the district court. This case however, is on appeal to the Ninth Circuit, the motion is captioned "Federal Court of Appeals, Ninth Circuit Court of Appeals," bears stamps of both this court and the U.S. Court of Appeals, and asks "that the Ninth Circuit Court of Appeals" appoint counsel.

counsel (ECF No. 27) is DENIED without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: October 28, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE